Matthew J. Speredelozzi
Attorney at Law, SBN: 256190
444 West C Street, Ste. 310
San Diego, CA 92101
p. 619.363.1405
f. 619.566.4127
matt@lawofficemjs.com

Attorney for
FLORENCIO JOSE DOMINGUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO JOSE DOMINGUEZ<br><br>Petitioner<br><br>v.<br><br>SCOTT KERNAN, Secretary, California Department of Corrections and Rehabilitation,<br><br>Respondent | Case No. 14cv2890 BAS (RBB)<br><br>PETITIONER'S MOTION TO DISMISS FEDERAL PETITION |

PETITIONER, Florencio Jose Dominguez, through counsel, MATTHEW J. SPEREDELOZZI, hereby moves the court for an order dismissing this federal petition in light of his sentencing in state court on the underlying case on January 7, 2020.

Respectfully submitted,
January 8, 2020
/s/ *Matthew J. Speredelozzi*
MATTHEW J. SPEREDELOZZI
Attorney for
Florencio Jose Dominguez