**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

___SCD230576___ DA ___ACV80001___   ☐ CENTRAL  ☐ EAST  ☐ NORTH  ☐ SOUTH

DATE ___01-07-20___ AT ___09:00___ M.   10712040   PROB HEAR-SENTENCING

PRESENT: HON ___CHARLES G. ROGERS___, JUDGE PRESIDING, DEPARTMENT ___2003___

CLERK ___D Schach___  REPORTER ___J. Esquivel___  CSR# ___13976___

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

THE PEOPLE OF THE STATE OF CALIFORNIA   ___D. Erickson___
VS.   DEPUTY DISTRICT ATTORNEY / DEPUTY ATTORNEY GENERAL

___DOMINGUEZ         FLORENCIO     J___   R – M. SPEREDELOZZI
DEFENDANT   ATTORNEY FOR DEFENDANT (PD / APD / OAC / RETAINED)

VIOLATION OF ___*PC192(A)___   P.O. ___J. Szernett___
ENH(S) _____ INTERP. _____ OATH ON FILE / SWN.
PRIOR(S) _____ LANGUAGE _____

DEFENDANT ☑ PRESENT  ☐ SELF REPRESENTED  ☐ NOT PRESENT  ☐ NOT PRODUCED

**PROB. REV.** ☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION _____ ☐ WAIVES HEARING.
PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ CONT. ☐ SAME CONDITIONS ☐ TERMD. ☐ EXT. TO: _____.
**JUDGMENT** ☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT.  ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.
☐ PROBATION IS: ☐ DENIED ☐ GRANTED ___ YEARS (FORMAL /TO COURT) TO EXPIRE _____. ☐ CONVERTS TO PROB. TO COURT _____.
☐ COMMITMENT TO SHERIFF FOR ___ DAYS. STAYED TO _____ / PENDING SUCCESSFUL COMPL. OF PROBATION. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM ___ ☐ DAYS PSP. ☐ HOURS VOL. WORK AT NONPROFIT ORG.  SUBMIT PROOF TO PROBATION / COURT BY _____.
☐ 4TH AMENDMENT WAIVER:  IMPOSED. / REMAINS IN EFFECT. / DELETED. ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / TERMINATED.
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ WORK FURLOUGH, REPORT: _____ TO 5600 OVERLAND AVE. STE 190, SAN DIEGO 8:00 A.M.
☑ COMMITMENT TO ☐ CA. DEPT. OF CORRECTIONS & REHAB. ☐ DIVISION OF JUVENILE JUSTICE ☐ SAN DIEGO COUNTY SHERIFF (PC1170(h)/2057) ON
COUNT _2_ CODE & NO. ___PC192(A)___ FOR ___ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _11_ YEARS / MONTHS / TO LIFE.
☐ EXECUTION OF CONCLUDING ☐ ___ DAYS ☐ ___ MONTHS ☐ ___ YEARS OF SENTENCE IS SUSPENDED, DURING WHICH TIME THE DEFT. SHALL BE SUBJECT
TO MANDATORY SUPV. BY THE PROB. DEPT. (PC1170(h)(5)(b)). TERMS AND CONDITIONS SET FORTH IN THE ORDER GRANTING MANDATORY SUPV. (CRM-255).
☐ PER PC1170(d) ☐ PER WI1737 ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE. ☐ NO EARLY RELEASE OF ANY TYPE AUTHORIZED.
☐ SENTENCE PER PC667(b)-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC29805.
☐ NO VISITATION PER PC1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ TESTING: ☐ COMPLIANCE WITH PC296 VERIFIED. ☐ DNA (PC296) ☐ HIV (PC1202.1)
☐ DEFENDANT ADVISED RE: PAROLE / APPEAL RIGHTS.   ☐ REGISTER PER ☐ PC290 ☐ HS11590 ☐ PC457.1 ☐ PC186.30
☐ **DEFENDANT TO PAY: FINE** OF $_____ INCLUDING PENALTY ASSESSMENT, PLUS THE FOLLOWING:
☐ INSTALLMENT/ACCOUNTS RECEIVABLE FEE (PC1205(e)) $_____. ☐ DRUG PROGRAM FEE (HS11372.7) $_____.
☐ LAB ANALYSIS FEE (HS11372.5) $_____. ☐ THEFT FINE (PC1202.5) $_____.
☑ COURT OPERATIONS ASSESSMENT (PC1465.8) $ _40_ . ☐ CRIM JUSTICE ADMIN FEE (GC29550 et seq.) $_____.
☑ CRIMINAL CONVICTION ASSESSMENT (GC70373) $ _30_ . ☐ SEX OFFENDER REG. FINE (PC290.3) $_____.
☑ PROB. HAVING BEEN FORMALLY REVOKED, THE PREVIOUS REST. FINE OF $_____, SUSP. PER PC1202.44, IS NOW DUE.
☑ **RESTITUTION FINES:** $ _300_ (PC1202.4(b)) PLUS 10% (PC1202.4(l)) FORTHWITH (PC2085.5)
$ _300_ (PC1202.44/PC1202.45) SUSPENDED UNLESS PROBATION/PAROLE/SUPERVISION REVOKED.
☑ **RESTITUTION TO VICTIM(S)** PER P.O.'S REPORT / RESTITUTION FUND (PC1202.4(f)) $ _2480_ / IN AN AMOUNT
TO BE DETERMINED. ☐ JOINT & SEVERAL. ☐ AT COMBINED RATE OF $_____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____.
☐ **REPORT TO** ☐ PROBATION ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH. ☑ WITHIN 72 HRS. OF RELEASE FROM CUSTODY. to parole
**PROCEEDINGS SUSPENDED** ☐ PER **PC1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
**FUTURE HEARINGS** WAIVERS: ☐ TIME FOR JUDGMENT. ☐ PRESENCE FOR RESTITUTION HRG. ☐ REFERRED FOR DIAGNOSTIC EVAL. PER PC1203.03. / WI707.2.
_____ CONT. TO / SET FOR _____ AT _____ IN DEPT. _____ ON MOTION OF COURT / DDA / DEFT. / PROB. OFFICER.
☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE _____ . ☐ TO TRAIL CASE(S) _____ .
**CUSTODY STATUS** ☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____ .
☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER ___ CUSTODY.
☐ DEFT. ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ ON MANDATORY SUPERVISION.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ . ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.
**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____ . ☐ COUNSEL REPORTS NO CONTACT WITH DEFENDANT.
☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____ . ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ DECLARATION OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL ☐ REINSTATED ☐ EXONERATED ☐ FORFEITED
☐ UPON PAYMENT OF COURT COST $___ WITHIN 30 DAYS. ☐ COST WAIVED. BOND AMT $_____ BOND NO. _____ .
BOND COMPANY _____ AGENT _____ * See attached minutes .
**OTHER** ☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.
☐ PROBATION: PREPARE SUPPLEMENTAL REPORT. / SUBMIT POST-SENT. REPORT TO CDCR PER PC1203c. ☑ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS.
☐ CONCURRENT WITH / CONSECUTIVE TO: _____ **CLERK:** ☐ REGISTRAR OF VOTERS. ☐ DMV ABSTRACT B.A.C. ___

alleg. PC12022.5 punishment is stricken
PC136.22(b)(1), punishment is stricken
total term 11 years

| DAYS CREDIT FOR TIME SERVED | |
|---|---|
| _3578_ | LOCAL |
| ___ | STATE INST. |
| ___ | PC4019 [2/4] |
| ___ | PC4019 [2/2] |
| ___ | PC4019 (b)(1)/(c)(1) [2/2] |
| ___ | PC4019(b)(2)/(c)(2) limited [2/4] |
| ___ | PC2933(e)(1) [1/1] |
| ___ | PC2933(e)(3) disqualified [2/4] |
| _536_ | PC2933.1 [15%] |
| ___ | RESIDENTIAL TREATMENT |
| _4114_ | TOTAL CREDITS |

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____, Deputy

Distribution by ___ on ___ to JAIL  DEFT.  ATTY.  PROS.  PROB.  R&R  Other: _____

**FELONY MINUTES – PRONOUNCEMENT OF JUDGMENT**

SDSC CRM-002B (Rev. 4/14)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ Central Division  ☐ East County Division  ☐ North County Division  ☐ South County Division

CASE # SCD230596    PEOPLE vs. FLORENCIO DOMINGUEZ    DATE: 1/7/20

## SUPPLEMENTAL MINUTES

The Court finds defendant has 99 days of excess credits -- credits above the term that he would be required to serve.

The Court notes that defendant requests a hearing for a shorter parole term.

The Court concludes that the 99 days excess credits are to be applied to reduce whatever parole term is set.

Restitution - Defendant is entitled to a reduction of this amount for any payments he has previously made.

The Court recommends that if the defendant seeks to move to another state or jurisdiction, such a move should be allowed even if there are unpaid financial obligations.

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy

Distribution by: _____ on _____ to: Jail  Deft. Atty.  Pros.  Prob.  R&R  Interpreter  Assessment  Other: _____

SDSC CRM-235 (New 7/09)    **MISDEMEANOR SUPPLEMENTAL MINUTES**    Page ____ of ____